**Motion Granted; Abatement Order filed May 24, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00139-CV
_____

**SOUTHWYCK, SECTION IV HOMEOWNERS' ASSOCIATION, INC.,**
**Appellant**

**V.**

**SOUTHWYCK COMMUNITY ASSOCIATION, INC., Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 77417-CV**

## ABATEMENT ORDER

On May 12, 2016, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 23, 2016. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM